No. A–1021 (78–1749). Blakley v. Florida. Dist. Ct. App. Fla., 4th Dist. Application for bail, addressed to Mr. Justice Marshall and referred to the Court, denied.

No. 78–1654. Branti v. Finkel et al. C. A. 2d Cir. Certiorari granted.

No. 77–6956. Chaney v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida. C. A. 5th Cir. Certiorari denied.

No. 78–493. Redington, Trustee v. Touche Ross & Co. et al.; and
No. 78–526. Securities Investor Protection Corp. v. Touche Ross & Co. et al. C. A. 2d Cir. Certiorari denied.

No. 78–1081. Dawson v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 78–1441. Banta et al. v. Firefighters Institute for Racial Equality et al. C. A. 8th Cir. Certiorari denied.

No. 78–1765. Serbian Eastern Orthodox Diocese for the United States and Canada, an Illinois Corporation, et al. v. Serbian Eastern Orthodox Diocese for the United States and Canada, a Religious Body, et al. Sup. Ct. Ill. Certiorari denied.

No. 78–5041. Phillips v. Missouri. Sup. Ct. Mo. Certiorari denied.

No. 78–5712. De Marco v. United States. C. A. 6th Cir. Certiorari denied.